ACCEPTED
01-15-00095-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/23/2015 1:17:41 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00094-CR
01-15-00095-CR

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/23/2015 1:17:41 PM

CHRISTOPHER A. PRINE
Clerk

DIONYSIOS SPIRO KOSMETATOS
*Appellant*

v.

THE STATE OF TEXAS
*Appellee*

On Appeal from Cause Numbers 1414418 and 1449194
From the 338th District Court of Harris County, Texas

MOTION TO STRIKE BRIEF FOR THE APPELLANT

To the Honorable Court of Appeals of Texas:

Comes now Appellant, in accordance with Rule 10.1 of the Texas Rules of Appellate Procedure, and files this motion to strike brief for the appellant in this cause, and, in support thereof, presents the following:

1.  In the 338th District Court of Harris County, Texas, following a jury trial, Appellant was sentenced on January 15, 2015 in Cause Numbers 1414418 and 1449194 , *The State of Texas v. Dionysios Spiro Kosmetatos.*

2. The Appellant's brief was due October 22, 2015.

3. Counsel electronically filed Appellant's brief on October 22, 2015 at exactly 11:08:56 pm.

4. The facts relied upon to explain the need to strike the filed brief are:

   a. On October 23, 2015, Appellate counsel printed the filed brief to mail to the Appellant and immediately realized a rough draft had been mistakenly filed.

   b. In a slight panic, counsel contacted the clerk's office of this court and explained to Jesse Rodriguez that the correct draft needed to be filed and would be done as soon as possible.

Consequently, an Amended Brief for the Appellant has been filed along with this motion to ensure the Court receives the correct draft. The Appellant's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant his Motion to Strike Appellant's Brief and replace with the Amended Brief for the Appellant.

Respectfully submitted,

**LAW OFFICE OF TONYA ROLLAND**

/s/ Tonya Rolland McLaughlin_____
**Tonya Rolland McLaughlin**
4301 Yoakum Boulevard
Houston Texas 77006
Phone: (713) 529-8500
Fax: (713) 453-2203
TBN 24054176

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument has been delivered via e-service to the following:

Curry_alan@dao.hctx.net
Chief Prosecutor, Appellate Division
Harris County District Attorney's Office
1201 Franklin Suite 600
Houston, Texas 77002-1923

_/s/ Tonya Rolland McLaughlin__
**Tonya Rolland McLaughlin**
**Attorney for Appellant**